UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                        Plaintiff,

                                          DECISION AND ORDER

                                          13-CR-6044L

        v.

DAWN NGUYEN,

                        Defendant.

_____

       This Court referred all pretrial matters in the case to United States Magistrate Judge Marian W. Payson pursuant to 28 U.S.C. § 636(b).  Magistrate Judge Payson issued a thorough, 48 page Decision and Order and Report and Recommendation dealing with the several motions filed by defendant.  Specifically, Magistrate Judge Payson recommended that this Court deny defendant's motion to dismiss the indictment, deny the motion to suppress evidence seized and deny the motion to suppress statements.

       By a letter dated May 2, 2014, counsel for defendant advised that no objections to the Report and Recommendation would be filed.

       I have reviewed the thorough Report and Recommendation and the filings previously made in the case, and I see no reason to reject or modify the Report and Recommendation of Magistrate Judge Payson.  Therefore, I accept and adopt the Report and Recommendation (Dkt. #56), and I deny defendant's motions (Dkt. #35, #36) to dismiss the indictment, to suppress evidence and to suppress statements.

       IT IS SO ORDERED.

                                     _____
                                       DAVID G. LARIMER
                                United States District Judge

Dated: Rochester, New York
       May 6, 2014.