UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                    DECISION AND ORDER

                     Plaintiff,

                                    13-CR-6044L

      v.

DAWN NGUYEN,

                   Defendant.
_____

       Defendant Dawn Nguyen ("Nguyen") has filed, *pro se*, a second motion (Dkt. #114) asking this Court to reconsider its Decision and Order filed July 29, 2020 (Dkt. #109) denying Nguyen's motion for compassionate release. This Court denied Nguyen's first motion to reconsider by Decision and Order (Dkt. #113) entered September 30, 2020. Nguyen's second motion for reconsideration is also denied. Little additional information is provided except that FPC Alderson, where Nguyen is housed, experienced a slight increase in COVID-19 exposures which was, in Nguyen's view, caused by the fact that five new inmates were transferred into the facility. I have considered all of the matters set forth in Nguyen's second motion for reconsideration and see no basis to alter or modify this Court's original Decision of July 29, 2020, denying compassionate release.

## CONCLUSION

Defendant Dawn Nguyen's second motion (Dkt. #114) for reconsideration is in all respects DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
November 17, 2020.